STATE of Missouri, Respondent,

v.

Eddie E. ROSS, Appellant.

No. WD 75649.

Missouri Court of Appeals,
Western District.

Nov. 5, 2013.

Karen Louise Kramer, Jefferson City, for Respondent.

Jeannetter Lynn Igbenebor, Kansas City, for Appellant.

Before Division One: ALOK AHUJA, P.J., THOMAS H. NEWTON, J., ANTHONY REX GABBERT, J.

## ORDER

PER CURIAM:

Eddie E. Ross appeals from a judgment entered upon a jury verdict convicting him of one count of robbery in the first degree. We affirm. Rule 30.25(b).